B4 (Official Form 4) - (12/07)

# United States Bankruptcy Court
## District of Delaware

| In re: HARDAGE HOTELS VIII, LLC, Debtor | Chapter: 11 |
|---|---|
| | Case No. |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| STUTMAN, TREISTER & GLATT<br>Attn Jeff Fleiss, Esql<br>1901 Avenue of the Stars<br>12thFloor<br>Los Angeles, CA 90067 | STUTMAN, TREISTER & GLATT<br>Attn Jeff Fleiss, Esql<br>1901 Avenue of the Stars<br>12thFloor<br>Los Angeles, CA 90067<br><br>310-228-5600 (telephone)<br>310-228-5788 (facsimile) | Legal Services | | $30,545.59 |
| SOLOMON WARD SEIDENWURM & SMITH, LLP<br>Attn Arlene McNeil<br>401 B Street<br>Suite 1200<br>San Diego, CA 92101 | SOLOMON WARD SEIDENWURM & SMITH, LLP<br>Attn Arlene McNeil<br>401 B Street<br>Suite 1200<br>San Diego, CA 92101<br><br>619-231-0303 (telephone)<br>619-231-4755 (facsimile) | Legal Services | | $26,149.48 |
| LEVITZACKS<br>Attn Kim Ufford<br>701 B Street<br>Suite 1300<br>San Diego, CA 92101 | LEVITZACKS<br>Attn Kim Ufford<br>701 B Street<br>Suite 1300<br>San Diego, CA 92101<br><br>619-238-1077 (telephone)<br>619-696-8614 (facsimile) | Accounting Services | | $720.00 |

[The remainder of this page is intentionally blank.]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, SAMUEL A. HARDAGE, President of Hardage Hotels VIII, LLC, a Delaware limited liability company, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: January 21, 2011  
At San Diego, California

By: HARDAGE HOTELS VIII, LLC,  
a Delaware limited liability company,

By: _____  
Samuel A. Hardage,  
President