IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| HARDAGE HOTELS VIII, LLC, a Delaware limited liability company, | ) ) ) | Case No. |
| Debtor. | ) ) ) ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3), the following is the List of Equity Security Holders of the Debtor:

| NAME | MAILING ADDRESS | % EQUITY INTEREST |
|---|---|---|
| Hardage Suite Hotels, LLC | 12671 High Bluff Drive Suite 300 San Diego, CA 92130 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, SAMUEL A. HARDAGE, President of Hardage Hotels VIII, LLC, a Delaware limited liability company, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders, and that it is true and correct to the best of my information and belief.

Dated: January 21, 2011
At San Diego, California

By: HARDAGE HOTELS VIII, LLC,
a Delaware limited liability company,

By: _____
Samuel A. Hardage,
President