IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HARDAGE HOTELS VIII, LLC, | ) | Case No. |
| a Delaware limited liability company, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT [RULES 1007(a)(1) AND 7007.1]

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

| SHAREHOLDER | APPROX OWNERSHIP PERCENTAGE |
|---|---|
| Hardage Suite Hotels, LLC | 100% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, SAMUEL A. HARDAGE, President of Hardage Hotels VIII, LLC, a Delaware limited liability company, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement, and that it is true and correct to the best of my information and belief.

Dated: January 21, 2011  
At San Diego, California

By: HARDAGE HOTELS VIII, LLC,  
a Delaware limited liability company,

By: _____  
Samuel A. Hardage,  
President